The People of the State of New York, Respondent,
against
Leonardo Matarell, Appellant.



Appeal from a judgment of the Justice Court of the Town of North Castle, Westchester County (Douglas J. Martino, J.), rendered June 10, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the seventh degree. Defendant's appellate counsel has submitted a brief in accordance with Anders v California (386 US 738 [1967]) seeking leave to withdraw as counsel.




ORDERED that the appeal is held in abeyance, the application by assigned counsel for leave to withdraw as counsel is granted, and new counsel is assigned pursuant to article 18-B of the County Law to prosecute the appeal. New counsel is directed to serve and file a brief within 90 days after the date of this decision and order. The People may serve and file a respondent's brief within 21 days after the service upon them of the appellant's brief. Appellant's new counsel, if so advised, may serve and file a reply brief within seven days after service of the respondent's brief. Relieved counsel is directed to turn over all papers in his possession to the newly assigned counsel.
Assigned counsel submitted a brief in accordance with Anders v California (386 US 738 [1967]), setting forth his conclusion that there exist no nonfrivolous issues that could be raised on appeal. An independent review of the record, however, reveals that nonfrivolous issues exist, including, but not limited to, whether the felony complaint was properly converted to a misdemeanor instrument (see CPL 180.50 [3] [a] [iii]). Accordingly, the appeal is held in abeyance and new counsel is assigned pursuant to article 18-B of the County Law.
Iannacci, J.P., Marano and Tolbert, JJ., concur.
Decision Date: June 23, 2016